George W. Wagner, Appellant, v. John D. Wickstrom et al., Defendants. Cecil Emery, Appellee.

Gen. No. 41,316.

opinion filed January 22, 1941. Walter C. Wellman, for appellant; Raymond J. Moudry, for appellee. Opinion by JUSTICE BURKE. "Not to be published in full."